UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL L. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:08CV57 SNLJ/DDN |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge David D. Noce (# 22 ), filed June 1, 2009, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying the plaintiff's application for a Period of Disability and Disability Insurance Benefits under Title II of the Social Security Act be and is **AFFIRMED**.

Dated this   25th   day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE